1 | Jack R. Nelson (SBN 111863)
  | David S. Reidy (SBN 225904)
2 | Keith D. Yandell (SBN 233146)
  | REED SMITH LLP
3 | Two Embarcadero Center, Suite 2000
  | San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants World Savings Bank, FSB and Wachovia Mortgage Corporation and "World Savings, Inc."

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated, | Case No. C07 04497 RS |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | |
| Defendants. | |

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Judge.

DATED: October 25, 2007.

        REED SMITH LLP

By _____
Jack R. Nelson (SBN 111863)
David S. Reidy (SBN 225904)
Keith D. Yandell (SBN 233146)
Attorneys for Defendants World Savings Bank, FSB and Wachovia Mortgage Corporation and "World Savings, Inc."