**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
––––––––––––––
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

**October 26, 2007**

**CASE NUMBER:  CV 07-04497 RS**
**CASE TITLE:  DOLORES MANDRIGUES-v-WORLD SAVINGS, INC., ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to

the **Honorable Jeremy Fogel** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 10/25/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 10/26/07 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA