UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES MANDRIGUES et al,<br><br>        Plaintiff,<br><br>v.<br><br>WORLD SAVINGS, INC., ET AL et al,<br><br>        Defendant. | Case Number: CV07-04497 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffrey Keith Berns
Law Offices of Jeffrey K. Berns
19510 Ventura Blvd
Suite 200
Tarzana, CA 91356

Dated: October 26, 2007

                                        Richard W. Wieking, Clerk
                                        By: Tiffany Salinas-Harwell, Deputy Clerk