Jack R. Nelson (SBN 111863)
David S. Reidy (SBN 225904)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants World Savings Bank,
FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497<br><br>**DEFENDANTS WORLD SAVINGS BANK FSB'S AND WACHOVIA MORTGAGE CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:          January 4, 2007<br>Time:         9:00 a.m.<br>Place:         Courtroom 3, 5th Floor<br><br>Compl. Filed:    August 30, 2007<br><br>The Honorable Jeremy Fogel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on Friday, January 4, 2007, at 9:00 a.m. in Courtroom 3 of the United States District Court for the Northern District of California, located at 280 S. First Street, 5th Floor, San Jose, California, Defendant World Savings Bank, F.S.B. ("World") and Wachovia Mortgage Corporation ("Wachovia") will and hereby does move this Court for an order dismissing Plaintiffs' First Amended Complaint.

Plaintiffs' First Claim For Relief based on alleged TILA violations fails to identify facts sufficient to state a cause of action and, therefore, should be dismissed pursuant to Federal Rule of Civil Procedure 12(b) and/or 12(c). Further, Plaintiffs' Second, Third, Fourth, Fifth and Sixth (State Law) Claims For Relief are preempted by federal law and also fail to identify facts sufficient to state a cause of action and should, therefore, be dismissed pursuant to Federal Rule of Civil Procedure 12(b). Further, Plaintiffs' prayers for punitive, actual and statutory damages should be stricken pursuant to Federal Rule of Civil Procedure 12(f) because Plaintiffs are not entitled to these remedies as a matter of law.

World and Wachovia's Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Request For Judicial Notice and exhibits attached thereto and such other evidence the Court may choose to consider at the hearing on Defendant's motion.

DATED: November 6, 2007

REED SMITH LLP

By   /s/ Keith D. Yandell
   Jack R. Nelson (SBN 111863)
   David S. Reidy (SBN 225904)
   Keith D. Yandell (SBN 233146)
   Attorneys for Defendants World Saving Bank, FSB
   and Wachovia Mortgage Corporation