1  Jack R. Nelson (SBN 111863)
   David S. Reidy (SBN 225904)
2  Keith D. Yandell (SBN 233146)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
7  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
8
   Attorneys for Defendants World Savings Bank,
   FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS WORLD SAVINGS BANK FSB'S AND WACHOVIA MORTGAGE CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:         January 4, 2007<br>Time:         9:00 a.m.<br>Place:        Courtroom 3, 5th Floor<br>Compl. Filed: August 30, 2007<br><br>The Honorable Jeremy Fogel |

1.      Pursuant to Federal Rule of Evidence 201, Defendant World Savings Bank, FSB ("World") requests that the Court take judicial notice that World is, and at all relevant times was, a federally chartered association.  This fact is not reasonably subject to dispute and readily verifiable by reference to World's Certificate of Corporate Existence issued by the Office of Thrift Supervision.  See attached Exhibit A.  Judicial notice may properly be taken of documents issued by the Office of Thrift Supervision as facts which are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  F.R.E. 201(b); see also Lee v.

City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of matters of public record"). Thus, it is appropriate for the Court to take judicial notice of the fact World Savings Bank, FSB is, and at all relevant times was a federally chartered bank.

2. World also requests the Court take judicial notice of a copy of the Office of Thrift Supervision ("OTS") letter, dated March 10, 1999, by Carolyn J. Buck, attached as Exhibit B for the same reasons as outlined in ¶1, above.

DATED: November 6, 2007

REED SMITH LLP

By    /s/ Keith D. Yandell
    Jack R. Nelson (SBN 111863)
    David S. Reidy (SBN 225904)
    Keith D. Yandell (SBN 233146)
    Attorneys for Defendants

No. C07 04497 – 2 – DOCSOAK-9890051.1

Defendant World and WMC's Request For Judicial Notice In Support Of Motion To Dismiss Or, In The Alternative, Motion to Strike Portions Of Plaintiffs' First Amended Complaint