Jack R. Nelson (SBN 111863)
David S. Reidy (SBN 225904)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants World Savings Bank,
FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497<br><br>**DEFENDANT WORLD SAVINGS BANK, FSB AND WACHOVIA MORTGAGE CORPORATION'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Date:        January 4, 2007<br>Time:       9:00 a.m.<br>Place:       Courtroom 3, 5th Floor<br><br>Compl. Filed:   August 30, 2007<br><br>The Honorable Jeremy Fogel |

     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Golden West Financial Corporation, of

which World Savings Bank, FSB is a subsidiary, and Wachovia Corporation, of which Wachovia Mortgage Corporation and Golden West Financial Corporation are subsidiaries.

DATED:  November 6, 2007

          REED SMITH LLP

By    /s/ Keith D. Yandell
    Jack R. Nelson (SBN 111863)
    David S. Reidy (SBN 225904)
    Keith D. Yandell (SBN 233146)
    Attorneys for Defendants World Savings Bank, FSB and Wachovia Mortgage Corporation