Jack R. Nelson (SBN 111863)
David S. Reidy (SBN 225904)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants World Savings Bank,
FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. C07 04497<br><br>**DEFENDANTS WORLD SAVINGS BANK FSB'S AND WACHOVIA MORTGAGE CORPORATION'S NOTICE OF ERRATA CORRECTING TYPOGRAPHICAL ERROR RE HEARING DATE FROM "2007" TO "2008" ON MOTION TO DISMISS PAPERS, AND CERTIFICATE OF INTERESTED PARTIES, FILED ON NOVEMBER 6, 2007**<br><br>Date:      January 4, 2008<br>Time:      9:00 a.m.<br>Place:     Courtroom 3, 5th Floor<br><br>Compl. Filed:   August 30, 2007<br><br>The Honorable Jeremy Fogel |

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 6, 2007, Defendants World Savings Bank FSB And Wachovia Mortgage Corporation filed papers containing a typographical error referencing a hearing date of January 4, **2007**, when **2008** was obviously intended. Attached as

No. C07 04497                           – 1 –                           DOCSOAK-9890285.1

Notice Of Errata Correcting Typographical Error Re Hearing Date From "2007" To "2008" On Motion To Dismiss
Papers, And Certificate Of Interested Parties, Filed On November 6, 2007

Exhibit A to this Notice of Errata are corrected caption pages for each of the documents filed yesterday to replace the caption pages on those documents.

The list of documents for which corrected captions are attached is as follows:

1. *Defendants World Savings Bank FSB's And Wachovia Mortgage Corporation's Notice Of Motion And Motion To Dismiss Or, In The Alternative, Motion To Strike Portions Of Plaintiffs' First Amended Complaint;*

2. *Defendants World Savings Bank FSB's And Wachovia Mortgage Corporation's Memorandum of Points and Authorities In Support Of Motion To Dismiss Or, In The Alternative, Motion To Strike Portions Of Plaintiffs' First Amended Complaint;*

3. *Request for Judicial Notice In Support Of Defendants World Savings Bank FSB's And Wachovia Mortgage Corporation's Motion To Dismiss Or, In The Alternative, Motion To Strike Portions Of Plaintiffs' First Amended Complaint;*

4. *[Proposed] Order Granting Defendants World Savings Bank FSB's And Wachovia Mortgage Corporation's Notice Of Motion And Motion To Dismiss Or, In The Alternative, Motion To Strike Portions Of Plaintiffs' First Amended Complaint; and*

5. *Defendants World Savings Bank FSB's And Wachovia Mortgage Corporation's Certificate of Interested Parties.*

DATED: November 7, 2007

REED SMITH LLP

By    /s/ Keith D. Yandell
    Jack R. Nelson (SBN 111863)
    David S. Reidy (SBN 225904)
    Keith D. Yandell (SBN 233146)
    Attorneys for Defendants World Saving Bank, FSB
    and Wachovia Mortgage Corporation