UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, December 14, 2007
**Case Number:** CV-07-4497-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**           DOLORES MANDRIGUEZ   V.   WORLD SAVINGS, INC., ET AL

           **PLAINTIFF**                              **DEFENDANT**

   **Attorneys Present:** David Arbogast, Jonathan Shub       **Attorneys Present:** Jack Nelson

---

PROCEEDINGS:

   Case management conference held. Parties are present. The Court grants plaintiff leave to file an amended complaint by 12/31/07. The motion to dismiss set on 1/4/08 is vacated. The case is set for hearing motion to dismiss and further case management conference on 2/29/08 at 9:00 a.m.