Jack R. Nelson (SBN 111863)
David S. Reidy (SBN 225904)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants World Savings Bank,
FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS WORLD SAVINGS BANK FSB'S AND WACHOVIA MORTGAGE CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT**<br><br>Date:         February 29, 2008<br>Time:        9:00 a.m.<br>Place:       Courtroom 3, 5th Floor<br>Compl. Filed:  August 30, 2007<br><br>The Honorable Jeremy Fogel |

1.    Pursuant to Federal Rule of Evidence 201, Defendant World Savings Bank, FSB ("World") requests that the Court take judicial notice that World is, and at all relevant times was, a federally chartered association.  This fact is not reasonably subject to dispute and readily verifiable by reference to World's Certificate of Corporate Existence issued by the Office of Thrift Supervision.  See attached Exhibit A.  Judicial notice may properly be taken of documents issued by the Office of Thrift Supervision as facts which are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."  F.R.E. 201(b); see also Lee v.

1  City of Los Angeles, 250 F.3d 668, 689 (9th Cir. 2001) ("a court may take judicial notice of matters

2  of public record").  Thus, it is appropriate for the Court to take judicial notice of the fact World

3  Savings Bank, FSB is, and at all relevant times was a federally chartered bank.

5      2.    World also requests the Court take judicial notice of a copy of the Office of

6  Thrift Supervision ("OTS") letter, dated March 10, 1999, by Carolyn J. Buck, attached as Exhibit B

7  for the same reasons as outlined in ¶1, above.

9      DATED:  January 22, 2008

10                                      REED SMITH LLP

12                                      By     /s/ Keith D. Yandell
                                        Jack R. Nelson (SBN 111863)
                                        David S. Reidy (SBN 225904)
                                        Keith D. Yandell (SBN 233146)
                                        Attorneys for Defendants

REED SMITH LLP
A limited liability partnership formed in the State of Delaware