Jack R. Nelson (SBN 111863)
David S. Reidy (SBN 225904)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants World Savings Bank,
FSB and Wachovia Mortgage Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. C07 04497<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS WORLD SAVINGS BANK FSB'S AND WACHOVIA MORTGAGE CORPORATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO STRIKE PORTIONS OF PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT**<br><br>Date:　　　　February 29, 2008<br>Time:　　　　9:00 a.m.<br>Place:　　　　Courtroom 3, 5th Floor<br>Compl. Filed:　August 30, 2007<br><br>The Honorable Jeremy Fogel |

　　　　Defendant World Savings Bank, F.S.B. and Wachovia Mortgage Corporation's Motion to Dismiss, Or In The Alternative, Motion To Strike Portions of Plaintiffs' Corrected Second Amended Complaint was presented to this Court pursuant to and in accordance with Rules 12(b), (c), (e) & (f) of the Federal Rules of Civil Procedure.  Having considered all of the parties' arguments, good cause appearing therein, and for the reasons set forth in World Savings Bank, F.S.B. and Wachovia

1  Mortgage Corporation's Motion, the Court orders that World Savings Bank, F.S.B. and Wachovia
2  Mortgage Corporation's Motion To Dismiss is hereby GRANTED.
3
4      Plaintiffs' Corrected Second Amended Complaint is, therefore, dismissed as to World
5  Savings Bank, F.S.B. and Wachovia Mortgage Corporation, without leave to amend.
6
7      IT IS SO ORDERED.
8
9      DATED: _____, 2008.
10
11                                        United States District Judge
12  .
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware