UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 29, 2008
**Case Number:** CV-07-4497-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | DOLORES MANDRIGUEZ V. WORLD SAVINGS, INC., ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| **Attorneys Present:** David Arbogast, Jonathan Shub, Jeffrey Berns | **Attorneys Present:** Jack Nelson |

PROCEEDINGS:

    Hearing on Motion to Dismiss held.  Parties are present. The motion is taken under submission.  The case management conference is continued to 4/11/08 at 10:30 a.m.