1  Jack R. Nelson (SBN 111863)
   David S. Reidy (SBN 225904)
2  Keith D. Yandell (SBN 233146)
   REED SMITH LLP
3  Two Embarcadero Center, Suite 2000
   San Francisco, CA  94111-3922
4
   **Mailing Address:**
5  P.O. Box 7936
   San Francisco, CA  94120-7936
6
   Telephone:    +1 415 543 8700
7  Facsimile:    +1 415 391 8269

8  Attorneys for Defendants World Savings Inc.,
   World Savings Bank, FSB (now renamed
9  "Wachovia Mortgage FSB") and Wachovia
   Mortgage Corporation

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14  DOLORES MANDRIGUES, individually and on       Case No. C 07 04497
    behalf of all others similarly situated,
15                                                **STIPULATION AND [PROPOSED]
                  Plaintiff,                      ORDER MOVING STATUS
16                                                CONFERENCE HEARING**
        vs.
17                                                Date:           April 11, 2008
    WORLD SAVINGS, INC., WORLD SAVINGS            Time:           9:00 a.m.
18  BANK, FSB, WACHOVIA MORTGAGE                  Place:          Courtroom 3, 5th Floor
    CORPORATION, and DOES 1 through 10,           Orig. Complaint: August 30, 2007
19  inclusive,
                                                  The Honorable Jeremy Fogel
20                Defendants.

21

22

23

24

25

26

27

28

# STIPULATION

WHEREAS, Defendant World Savings Bank, FSB's ("World") Motion To Dismiss Plaintiffs' Dolores Mandrigues, Juanita Jones, Al F. Minyen and Wilma R. Mineyn and Mark and Christina Clauson (collectively, "Plaintiffs") Corrected Second Amended Complaint was heard before this Court on February 29, 2008;

WHEREAS, the Court has not yet issued a ruling on World's Motion to Dismiss;

WHEREAS, the Court most recently set an April 11, 2008 status conference hearing date; and

WHEREAS, the parties will be better able to address the issues to be discussed at the next status conference hearing once the Court issues its ruling;

IT IS THEREFORE STIPULATED by and between World and Plaintiffs that, should the Court's schedule permit, the April 11, 2008 status conference be continued until two weeks following the Court's ruling on World's Motion to Dismiss.

**IT IS SO STIPULATED:**

DATED: April 2, 2008

Respectfully submitted,

DOLORES MANDRIGUES
By her attorneys,

*Concurrence in this filing of this document has been obtained from the signatory*

/s/ David M. Arbogast
SPIRO MOSS BARNESS LLP
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

SEEGER WEISS LLP
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: 215.564.2300
Fascimile: 215.851.8029

KIESEL BOUCHER LARSON LLP
Paul R. Kiesel (SBN 119854)
Patrick De Blasé (SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA 90211

|   |   |   |
|---|---|---|
| 1 |   | Telephone: 310.854.4444 |
| 2 |   | Facsimile: 310.854.0812 |
| 3 |   | LAW OFFICES OF JEFFREY K. BERNS |
|   |   | Jeffrey K. Berns (SBN 131351) |
|   |   | 19510 Ventura Blvd., Suite 200 |
| 4 |   | Tarzana, CA  91356 |
|   |   | Telephone: 818.961.2000 |
| 5 |   | Facsimile: 818.867.4820 |
| 6 | DATED:  April 2, 2008 | WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION. |
| 7 |   |   |
| 8 |   | By their attorneys, |

/s/ Keith Yandell
Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
Keith Yandell (SBN 233146)
KYandell@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936
Phone:  (415) 543-8700; Fax: (415) 391-8269
***Attorneys for Defendants***

## **ORDER**

Pursuant to the stipulation of the parties, this Court hereby orders that the April 1, 2008 status conference hearing date is continued to two weeks following the date that the Court issues its ruling on World's Motion to Dismiss.

Date: _____          _____
                                JUDGE OF THE US DISTRICT COURT