David M. Arbogast (SBN 167571)
David@SpiroMoss.com
Ira Spiro (SBN 67641)
Ira@SpiroMoss.com
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
jshub@seegerweiss.com
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Jeffrey K. Berns, Esq. (SBN 131351)
jberns@jeffbernslaw.com
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04497 - JF**<br><br>Judge: Hon. Jeremy Fogel<br>Ctrm: 3<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF APPEARANCE OF J. MARK MOORE, ATTORNEY FOR PLAINTIFF, DOLORES MANDRIGUES**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1 TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 PLEASE TAKE NOTICE that J. Mark Moore, of the law firm of Spiro Moss Barness LLP, appears in this action as an attorney of record for Plaintiff, DOLORES MANDRIGUES and all others similarly situated. His contact information is as follows:

> J. Mark Moore (SBN 180473)
> Mark@spiromoss.com
> **SPIRO MOSS BARNESS LLP**
> 11377 W. Olympic Boulevard, Fifth Floor
> Los Angeles, CA 90064-1683
> Phone: (310) 235-2468
> Fax: (310) 235-2456

DATED: April 11, 2008                    Respectfully submitted,

SPIRO MOSS BARNESS LLP


By:        **/S/**
           ──────────────────────
           J. Mark Moore, Esq.
           11377 W. Olympic Boulevard, Fifth Floor
           Los Angeles, CA 90064-1683
           Phone: (310) 235-2468; Fax: (310) 235-2456

           Paul R. Kiesel, Esq.
           Patrick Deblase, Esq.
           Michael C. Eyerly, Esq.
           KIESEL BOUCHER LARSON LLP
           8648 Wilshire Boulevard
           Beverly Hills, California 90210
           Phone: (310) 854-4444; Fax: (310) 854-0812

           Jonathan Shub (SBN 237708)
           SEEGER WEISS LLP
           1515 Market Street, Suite 1380
           Philadelphia, PA 19107
           Phone: (215) 564-2300; Fax (215) 851-8029

           Jeffrey K. Berns, Esq.
           LAW OFFICES OF JEFFREY K. BERNS
           19510 Ventura Blvd, Suite 200
           Tarzana, California 91356
           Phone: (818) 961-2000; Fax: (818) 867-4820

           Attorneys for Plaintiff and all others Similarly Situated