1  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@law111.com
2  **LAW OFFICE OF JEFFREY K. BERNS**
   19510 Ventura Boulevard, Suite 200
3  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (310) 861-1775
4

5  Paul R. Kiesel, Esq. (SBN 119854)
   kiesel@kbla.com
6  Patrick DeBlase, Esq. (SBN 167138)
   deblase@kbla.com
7  Michael C. Eyerly, Esq. (SBN 178693)
   eyerly@kbla.com
8  **KIESEL BOUCHER LARSON LLP**
   8648 Wilshire Boulevard
9  Beverly Hills, California 90211
   Phone: (310) 854-4444; Fax: (310) 854-0812
10
   [*Additional counsel listed on signature page*]
11 Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04497 - JF**<br><br>Judge: Hon. Jeremy Fogel<br>Ctrm: 3<br><br><u>CLASS ACTION</u><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

SUBSTITUTION OF ATTORNEYS - C-O7-04498 - JF

1    TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiffs, DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, CHRISTINA CLAUSEN and MARK CLAUSEN request the following substitution:

**Former legal representative:**
Ira Spiro, Esq. (SBN 67641)
J. Mark Moore, Esq. (SBN 180473)
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:     (310) 235-2456

**New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:  (818) 867-4820

The parties requesting substitution are Plaintiffs, DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, CHRISTINA CLAUSEN and MARK CLAUSEN.

I CONSENT TO THIS SUBSTITUTION:

Dated: April 15, 2008     */s/ Dolores Mandrigues*
    Plaintiff, DOLORES MANDRIGUES

Dated: April 15, 2008     /s/ Juanita Jones
    Plaintiff, JUANITA JONES

Dated: April 15, 2008     */s/ Al F. Minyen*
    Plaintiff,  AL F. MINYEN

Dated: April 15, 2008     /s/ Wilma R. Minyen
    Plaintiff, WILMA R. MINYEN

Dated: April 15, 2008     */s/ Christina Clausen*
    Plaintiff, Christina Clausen

Dated: April 15, 2008     /s/ Mark Clausen
    Plaintiff, Mark Clausen

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: April 16, 2008   */s/ Ira Spiro*
Ira Spiro, Esq.
SPIRO MOSS BARNESS LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: April 16, 2008   **LAW OFFICES OF JEFFREY K. BERNS**

By: */s/ Jeffrey K. Berns*
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

### [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008   _____
Hon. Jeremy Fogel
District Court Judge