| | |
|---|---|
| 1 | Jeffrey K. Berns, Esq. (SBN 131351) |
| | jberns@law111.com |
| 2 | **LAW OFFICE OF JEFFREY K. BERNS** |
| | 19510 Ventura Boulevard, Suite 200 |
| 3 | Tarzana, California 91356 |
| | Phone: (818) 961-2000; Fax: (310) 861-1775 |
| 4 | |
| 5 | Paul R. Kiesel, Esq. (SBN 119854) |
| | kiesel@kbla.com |
| 6 | Patrick DeBlase, Esq. (SBN 167138) |
| | deblase@kbla.com |
| 7 | Michael C. Eyerly, Esq. (SBN 178693) |
| | eyerly@kbla.com |
| 8 | **KIESEL BOUCHER LARSON LLP** |
| | 8648 Wilshire Boulevard |
| 9 | Beverly Hills, California 90211 |
| | Phone: (310) 854-4444; Fax: (310) 854-0812 |
| 10 | |
| 11 | [*Additional counsel listed on signature page*] |
| | Attorneys for Plaintiff and all others Similarly Situated |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | | |
|---|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | **CASE NO. C-07-04497 - JF** <br><br> Judge: Hon. Jeremy Fogel <br> Ctrm: 3 |
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| v. | ) ) ) | **SUBSTITUTION OF ATTORNEY** |
| WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) ) | Complaint Filed: August 29, 2007 <br> Trial Date: Not set yet. |

SUBSTITUTION OF ATTORNEYS - C-O7-04498 - JF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, CHRISTINA CLAUSEN and MARK CLAUSEN request the following substitution:

**Former legal representative:**
Ira Spiro, Esq.  (SBN 67641)
J. Mark Moore, Esq.  (SBN 180473)
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

**New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:  (818) 867-4820

The parties requesting substitution are Plaintiffs, DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, CHRISTINA CLAUSEN and MARK CLAUSEN.

I CONSENT TO THIS SUBSTITUTION:

Dated: April 15, 2008         */s/ Dolores Mandrigues*
                              Plaintiff, DOLORES MANDRIGUES

Dated: April 15, 2008          /s/ Juanita Jones
                              Plaintiff, JUANITA JONES

Dated: April 15, 2008         */s/ Al F. Minyen*
                              Plaintiff,  AL F. MINYEN

Dated: April 15, 2008          /s/ Wilma R. Minyen
                              Plaintiff, WILMA R. MINYEN

Dated: April 15, 2008         */s/ Christina Clausen*
                              Plaintiff, Christina Clausen

Dated: April 15, 2008          /s/ Mark Clausen
                              Plaintiff, Mark Clausen

I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

Dated: April 16, 2008                    */s/ Ira Spiro*
                                          Ira Spiro, Esq.
                                          SPIRO MOSS BARNESS LLP

I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

DATED: April 16, 2008           **LAW OFFICES OF JEFFREY K. BERNS**

                                By:   */s/ Jeffrey K. Berns*
                                      19510 Ventura Boulevard, Suite 200
                                      Tarzana, California 91356.
                                      Phone: (818) 961-2000
                                      Fax:    (818) 867-4820

                                Attorneys for Plaintiff and all others Similarly Situated

### [PROPOSED] ORDER

Upon consideration of all the papers submitted in connection herewith, and good cause appearing, the Substitution of Attorney is here by granted.

**IT IS SO ORDERED**

Dated: _____, 2008            _____
                                   Hon. Jeremy Fogel
                                   District Court Judge