1  David M. Arbogast (SBN 167571)
   darbogast@law111.com
2  Jeffrey K. Berns, Esq. (SBN 131351)
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (310) 861-1775
5
   Paul R. Kiesel, Esq. (SBN 119854)
6  kiesel@kbla.com
   Patrick DeBlase, Esq. (SBN 167138)
7  deblase@kbla.com
   Michael C. Eyerly, Esq. (SBN 178693)
8  eyerly@kbla.com
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone: (310) 854-4444; Fax: (310) 854-0812

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated
12

13
                    **UNITED STATES DISTRICT COURT**
14
         **NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**
15

16 | | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, individually and on behalf of all others similarly situated, | **CASE NO. C-07-04497 - JF** |
| | Judge: Hon. Jeremy Fogel |
| | Ctrm: 3 |
| Plaintiff, | |
| | <u>CLASS ACTION</u> |
| v. | |
| | **NOTICE OF FIRM AND ADDRESS CHANGE** |
| WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | |
| Defendants. | Complaint Filed: August 29, 2007 |
| | Trial Date: Not set yet. |

Notice of Firm and Address Change - C-O7-04497 - JF

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on April 7, 2008, David M. Arbogast, Esq. will be associated
3  with the law offices of Arbogast & Berns LLP located at 19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356, Telephone (818) 961-2000 and Fax: (310) 861-1775.

5  DATED: April 21, 2008                **ARBOGAST & BERNS LLP**

By:  /s/ *Jeffrey K. Berns*
Jeffrey K. Berns
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (818) 867-4820

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorneys for Plaintiffs and all others Similarly Situated

-2-

Notice of Firm and Address Change - C-O7-04497 - JF