Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**LAW OFFICE OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

[*Additional counsel listed on signature page*]

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>     Defendants. | **CASE NO. C-07-04497 - JF**<br><br>Judge: Hon. Jeremy Fogel<br>Ctrm: 3<br><br><u>CLASS ACTION</u><br><br>**SUBSTITUTION OF ATTORNEY**<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

SUBSTITUTION OF ATTORNEYS - C-O7-04498 - JF

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, CHRISTINA CLAUSEN and MARK CLAUSEN request the following substitution:

**Former legal representative:**
Ira Spiro, Esq.  (SBN 67641)
J. Mark Moore, Esq.  (SBN 180473)
**SPIRO MOSS BARNESS LLP**
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468
Fax:    (310) 235-2456

**New legal representative:**
Jeffrey K. Berns, Esq. SBN 131351
**LAW OFFICES OF JEFFREY K. BERNS**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone (818) 961-2000
Fax:  (818) 867-4820

The parties requesting substitution are Plaintiffs, DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, CHRISTINA CLAUSEN and MARK CLAUSEN.

I CONSENT TO THIS SUBSTITUTION:

Dated: April 15, 2008        */s/ Dolores Mandrigues*
                              Plaintiff, DOLORES MANDRIGUES

Dated: April 15, 2008         /s/ Juanita Jones
                              Plaintiff, JUANITA JONES

Dated: April 15, 2008        */s/ Al F. Minyen*
                              Plaintiff,  AL F. MINYEN

Dated: April 15, 2008         /s/ Wilma R. Minyen
                              Plaintiff, WILMA R. MINYEN

Dated: April 15, 2008        */s/ Christina Clausen*
                              Plaintiff, Christina Clausen

Dated: April 15, 2008         /s/ Mark Clausen
                              Plaintiff, Mark Clausen

1
2  I CONSENT TO THIS SUBSTITUTION: (FORMER ATTORNEY)

3  Dated: April 16, 2008                              */s/ Ira Spiro*
                                                      Ira Spiro, Esq.
4                                                     SPIRO MOSS BARNESS LLP

5

6  I CONSENT TO THIS SUBSTITUTION: (NEW ATTORNEYS)

7
   DATED: April 16, 2008                    **LAW OFFICES OF JEFFREY K. BERNS**
8

9                                           By:   */s/ Jeffrey K. Berns*
                                                  19510 Ventura Boulevard, Suite 200
10                                                Tarzana, California 91356.
                                                  Phone: (818) 961-2000
11                                                Fax:    (818) 867-4820

12                                          Attorneys for Plaintiff and all others Similarly Situated

13
                                   **[PROPOSED] ORDER**
14
       Upon consideration of all the papers submitted in connection herewith, and good cause
15
   appearing, the Substitution of Attorney is here by granted.
16
   **IT IS SO ORDERED**
17

18
   Dated: __4/24____, 2008
19                                          _____
                                            Hon. Jeremy Fogel
20                                          District Court Judge

21
22
23
24
25
26
27
28

-3-

SUBSTITUTION OF ATTORNEYS - C-O7-04498 - JF