1  David M. Arbogast - State Bar No. 167571
   darbogast@law111.com
2  Jeffrey K. Berns - State Bar No. 131351
   jberns@law111.com
3  **ARBOGAST & BERNS LLP**
   19510 Ventura Boulevard, Suite 200
4  Tarzana, California 91356
   Phone: (818) 961-2000; Fax: (310) 861-1775
5
   Paul R. Kiesel, Esq. (SBN 119854)
6  kiesel@kbla.com
   Patrick DeBlase, Esq. (SBN 167138)
7  deblase@kbla.com
   Michael C. Eyerly, Esq. (SBN 178693)
8  eyerly@kbla.com
   **KIESEL BOUCHER LARSON LLP**
9  8648 Wilshire Boulevard
   Beverly Hills, California 90211
10 Phone:  (310) 854-4444; Fax:  (310) 854-0812

11 [*Additional counsel listed on signature page*]
   Attorneys for Plaintiff and all others Similarly Situated
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04497 - JF**<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS OF THE PUTATIVE CLASS MEMBERS**<br><br>Hearing Date: June 13, 2008<br>Time:         9:00 a.m.<br>Place:        Courtroom 3<br>Judge:       Hon. Jeremy Fogel<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

Notice of Motion to Compel - C-O7-04497- JF

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on June 13, 2008 at 9:00 a.m. or as soon thereafter as the matter may be heard in the above-entitled Court located at 280 S. First Street, San Jose, California, Plaintiffs will and hereby does move this Court for an order compelling Defendant WORLD SAVINGS BANK, FSB answer certain interrogatories.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the declaration of David M. Arbogast, the interrogatories and <u>unverified</u> responses, copies of which are attached thereto, and all papers and records filed in this matter.

DATED: May 7, 2008

**ARBOGAST & BERNS LLP**

By: */s/ David M. Arbogast*
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq.
Patrick Deblase, Esq.
Michael C. Eyerly, Esq.
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90210
Phone: (310) 854-4444; Fax: (310) 854-0812

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300; Fax (215) 851-8029

Attorney for Plaintiffs DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON and all others Similarly Situated