David M. Arbogast - State Bar No. 167571
darbogast@law111.com
Jeffrey K. Berns - State Bar No. 131351
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000; Fax: (310) 861-1775

Paul R. Kiesel, Esq. (SBN 119854)
kiesel@kbla.com
Patrick DeBlase, Esq. (SBN 167138)
deblase@kbla.com
Michael C. Eyerly, Esq. (SBN 178693)
eyerly@kbla.com
**KIESEL BOUCHER LARSON LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211
Phone: (310) 854-4444; Fax: (310) 854-0812

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. C-07-04497 - JF (RSx)**<br><br>[*Assigned to the Hon. Jeremy Fogel*]<br><br>CLASS ACTION<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS OF THE PUTATIVE CLASS MEMBERS**<br><br>Hearing Date: June 18, 2008<br>Time:             9:30 a.m.<br>Place:            Courtroom 4<br>Judge:           Hon. Richard Seeborg<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1  TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on June 18, 2008 at 9:30 a.m. or as soon thereafter as the matter
3  may be heard in the above-entitled Court located at 280 S. First Street, San Jose, California, the
4  Honorable Richard Seeborg presiding, Plaintiffs will and hereby does move this Court for an order
5  compelling Defendant WORLD SAVINGS BANK, FSB answer certain interrogatories.

6  This motion is based on this Notice of Motion and Motion, the Memorandum of Points and
7  Authorities filed herewith and the declaration of David M. Arbogast, the interrogatories and <u>unverified</u>
8  responses, copies of which are attached thereto, and all papers and records filed in this matter.

9  DATED:  May 8, 2008                         **ARBOGAST & BERNS LLP**

11                                     By:   */s/ David M. Arbogast*
                                       19510 Ventura Boulevard, Suite 200
                                       Tarzana, California 91356.
12                                     Phone: (818) 961-2000; Fax: (310) 861-1775

13                                     Paul R. Kiesel, Esq.
                                       Patrick Deblase, Esq.
14                                     Michael C. Eyerly, Esq.
                                       **KIESEL BOUCHER LARSON LLP**
15                                     8648 Wilshire Boulevard
                                       Beverly Hills, California 90210
16                                     Phone:  (310) 854-4444; Fax: (310) 854-0812

17                                     Jonathan Shub (SBN 237708)
                                       **SEEGER WEISS LLP**
18                                     1515 Market Street, Suite 1380
                                       Philadelphia, PA 19107
19                                     Phone: (215) 564-2300; Fax (215) 851-8029

20                                     Attorney for Plaintiffs DOLORES MANDRIGUES,
                                       JUANITA JONES, AL F. MINYEN and WILMA R.
21                                     MINYEN, MARK CLAUSON and CHRISTINA
                                       CLAUSON and all others Similarly Situated