Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497<br><br>**DEFENDANTS WACHOVIA MORTGAGE, FSB'S DEMAND FOR A JURY TRIAL**<br><br>Corrected Second Amended Complaint<br>Filed:           December 31, 2007<br><br>Honorable Jeremy Fogel |

1  Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Defendants Wachovia
2  Mortgage, FSB, World Savings Inc. and Wachovia Mortgage Corporation hereby demand a jury trial
3  on all issues in the above-entitled matter.

5  DATED: May 21, 2008.

6  REED SMITH LLP

8  By  /s/ Keith D. Yandell
   Keith D. Yandell (SBN 233146)
9  Attorneys for Defendant Wachovia Mortgage, FSB