Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497<br><br>**DECLARATION OF VICTORIA BARONE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS OF THE PUTATIVE CLASS MEMBERS**<br><br>Date:         June 18, 2008<br>Time:        9:30 a.m.<br>Place:        Courtroom 4<br><br>Compl. Filed:    August 30, 2007<br><br>The Honorable Richard Seeborg |

I, VICTORIA BARONE, DECLARE,

1.     I am a Vice President at Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB ("World"). I have reviewed and am familiar with the regularly maintained business records of World relating to the number of loans originated by World with an adjustable interest rate and the Pick-A-Payment feature. I make the following declaration of my own knowledge and, if called as a witness, I could and would testify to the same.

No. C07 04497                       – 1 –                       DOCSOAK-9909185.1

Declaration of Victoria Barone In Opposition To Plaintiffs' Motion To Compel Names, Addresses and Phone Numbers Of Putative Class Members

2. World funded approximately 575,000 loans originated with an adjustable interest rate and the Pick-A-Payment feature from August 1, 2003 through December 31, 2007.

DATED: May 28, 2008.

By /s/ Victoria Barone
Victoria Barone

No. C07 04497 — 2 — DOCSOAK-9909185.1

Declaration of Victoria Barone In Opposition To Plaintiffs' Motion To Compel Names, Addresses and Phone Numbers Of Putative Class Members