Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497 JF (RS)<br><br>**NOTICE OF MANUAL FILING OF DECLARATION OF LISA BEENS IN OPPOSITION TO MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS**<br><br>Date:    June 18, 2008<br>Time:    9:30 a.m.<br>Place:   Courtroom 4<br><br>Compl. Filed:    August 30, 2007<br><br>The Honorable Richard Seeborg |

TO PLAINTIFFS AND THEIR ATTORNEYS AND THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to Local Rule 79-5(b), Defendants will manually file the Declaration of Lisa Beens in Opposition to Defendants' Motion to Compel Names, Addresses and Telephone Numbers.

1   These documents are being filed with the Court manually pursuant to Local Rule 79-5(b), because the Declaration contains confidential consumer information protected by federal and state law including, but not limited to, the Gramm-Leach-Bliley Act, 15 U.S.C. § 6801, *et seq*, Article I, §1 of the California Constitution and the Right to Financial Privacy Act, 12 U.S.C. § 3401 *et seq.*, which the parties deem as "CONFIDENTIAL PRIVATE CONSUMER INFORMATION" pursuant to the terms of the Stipulated Protective Order entered by this Court on May 7, 2008.

If you are a participant in this case, this filing will be served in hard-copy shortly. For more information on retrieving this filing directly from the court, please see the court's main website at http://www.canduscourts.gov under Frequently Asked Questions (FAQ).

DATED: May 28, 2008.

REED SMITH LLP

By   /s/ Keith D. Yandell
    Keith D. Yandell (SBN 233146)
    Attorneys for Defendant Wachovia Mortgage, FSB