Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. C07-04497 JF (RS)<br><br>**DECLARATION OF KEITH D. YANDELL IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF LISA BEENS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS UNDER SEAL**<br><br>Date:　　　　June 18, 2008<br>Time:　　　　9:30 a.m.<br>Place:　　　　Courtroom 4<br><br>Compl. Filed:　August 30, 2007<br><br>The Honorable Richard Seeborg |

Case No. C07 04497

Declaration of Keith D. Yandell In Support Of Defendants' Administrative Motion To File The Declaration of Lisa Beens Under Seal

1. I am an associate at the law firm of Reed Smith, LLP, counsel for Defendants in the above entitled action. I am a member in good standing of the State Bar of California. I submit this declaration in support of Defendants' Administrative Motion to File the Declaration of Lisa Beens In Opposition to Plaintiffs' Motion to Compel Names, Addresses and Telephone Numbers Under Seal. I have personal knowledge of the matters set forth herein, and could and would competently testify to them if called to do so.

2. Defendants seek to file the Declaration of Lisa Beens under seal pursuant to Local Rule 79-5(b). The entire Declaration contains "CONFIDENTIAL PRIVATE CONSUMER INFORMATION" as that term is defined in the Court's Stipulated Protective Order signed on May 7, 2008 and, therefore, all of the Declaration is sealable under Local Rule 79-5 and the Stipulated Protective Order entered by this Court. Specifically, the Declaration describes, in detail, private financial information of Mark and Christina Clauson, two of the named Plaintiffs in this matter.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: May 28, 2008

        /s/ Keith D. Yandell
            Keith D. Yandell

Case No. C07 04497      – 1 –

Declaration of Keith D. Yandell In Support Of Defendants' Administrative Motion To File The Declaration of Lisa Beens Under Seal