Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07-04497 JF (RS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF LISA BEENS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS UNDER SEAL**<br><br>Date:       June 18, 2008<br>Time:       9:30 a.m.<br>Place:      Courtroom 4<br><br>Compl. Filed:   August 30, 2007<br><br>The Honorable Richard Seeborg |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C07 04497

Order Granting Defendants' Administrative Motion To File The Declaration of Lisa Beens Under Seal

Having considered Defendants' Administrative Motion to File The Declaration of Lisa Beens in Opposition to Plaintiffs' Motion to Compel Names, Addresses and Telephone Numbers Under Seal Pursuant to Local Rule 79-5, filed on May 28, 2008, the Court HEREBY ORDERS that Defendants' motion is GRANTED.  An unredacted copy of the Declaration of Lisa Beens shall be filed under seal.

DATED: _____

_____
HONORABLE RICHARD SEEBORG

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C07 04497    – 1 –
Order Granting Defendants' Administrative Motion To File The Declaration of Lisa Beens Under Seal