Jack R. Nelson (SBN 111863)
Keith D. Yandell (SBN 233146)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C07 04497 JF (RS)<br><br>**PROOF OF SERVICE OF DECLARATION OF LISA BEENS AND PROPOSED ORDER SEALING DOCUMENT**<br><br>Date:         June 18, 2008<br>Time:        9:30 a.m.<br>Place:       Courtroom 4<br><br>Compl. Filed:   August 30, 2007<br><br>The Honorable Richard Seeborg |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  I am employed in the office of a member of the bar of this court at whose direction the service was made.  My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA  94612-3572.  On May 28, 2008, I served the following document(s) by the method indicated below:

**DECLARATION OF LISA BEENS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS OF THE PUTATIVE CLASS MEMBERS**

No. C07 04497                                  – 1 –                                  DOCSOAK-9909255.1

Proof of Service of Declaration of Lisa Beens In Opposition To Plaintiffs' Motion To Compel Names, Addresses and Phone Numbers Of Putative Class Members

**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF LISA BEENS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS UNDER SEAL**

☐ by transmitting via facsimile on this date from fax number +1 510 273 8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

See Attached Service List

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 28, 2008, at Oakland, California.

David P. Kelley

No. C07 04497 — 2 — DOCSOAK-9909255.1

Proof of Service of Declaration of Lisa Beens In Opposition To Plaintiffs' Motion To Compel Names, Addresses and Phone Numbers Of Putative Class Members

# SERVICE LIST
*Mandrigues V. World Savings, Inc. et al.*

| | |
|---|---|
| David M. Arbogast<br>Jeffrey K. Berns<br>Arbogast & Berns LLP<br>19510 Ventura Boulevard, Suite 200<br>Tarzana, CA 91356<br>818-961-2000<br>310-861-1775 (fax)<br>david@law111.com<br>jberns@law111.com<br>***Attorneys for Plaintiff Delores Mandrigues*** | Paul R. Kiesel<br>Kiesel, Boucher & Larson<br>8648 Wilshire Boulevard<br>Beverly Hils, CA 90211<br>310-854-4444<br>310-854-0812 (fax)<br><br>Kiesel@kbla.com<br>***Attorneys for Plaintiff Delores Mandrigues*** |
| Jeffrey Keith Berns<br>Law Office of Jeffrey Berns<br>19510 Ventura Blvd<br>Suite 200<br>Tarzana, CA 91356<br>818-961-2000<br>310-861-1775 (fax)<br>jberns@jeffbernslaw.com<br>***Attorneys for Plaintiff Delores Mandrigues*** | Jonathan Shub<br>Seeger Weiss LLP<br>1515 Market Street<br>Suite 1380<br>Philadelphia, PA 19102<br>215-564-2300<br>215-851-8029 (fax)<br>jshub@seegerweiss.com<br>***Attorneys for Plaintiff Delores Mandrigues*** |
| Patrick DeBlase<br>Kiesel,Boucher & Larson LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211<br>310-854-4444<br>310-854-0812 (fax)<br>deblase@kbla.com<br>***Attorneys for Plaintiff Delores Mandrigues*** | Ira Spiro<br>Spiro Moss Barness LLP<br>11377 W. Olympic Blvd<br>Fifth Floor<br>Los Angeles, CA 90064-1683<br>310-235-2468<br>310-235-2456 (fax)<br>Ira@SpiroMoss.com<br>***Attorneys for Plaintiff Delores Mandrigues*** |
| Michael C Eyerly<br>Kiesel Boucher & Larson<br>8648 Wilshire Blvd<br>Beverly Hills, CA 90211-2910<br>eyerly@kbla.com<br>***Attorneys for Plaintiff Delores Mandrigues*** | |