1  Jack R. Nelson (SBN 111863)
   Keith D. Yandell (SBN 233146)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:    +1 415 543 8700
   Facsimile:    +1 415 391 8269
7
   Attorneys for Defendant Wachovia Mortgage,
8  FSB, f/k/a and sued as "World Savings Bank,
   FSB"

*E-FILED 6/3/08*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No. C07-04497 JF (RS)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE THE DECLARATION OF LISA BEENS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL NAMES, ADDRESSES AND TELEPHONE NUMBERS UNDER SEAL**<br><br>Date:　　　　June 18, 2008<br>Time:　　　　9:30 a.m.<br>Place:　　　　Courtroom 4<br><br>Compl. Filed:　August 30, 2007<br><br>The Honorable Richard Seeborg |

Having considered Defendants' Administrative Motion to File The Declaration of Lisa Beens in Opposition to Plaintiffs' Motion to Compel Names, Addresses and Telephone Numbers Under Seal Pursuant to Local Rule 79-5, filed on May 28, 2008, the Court HEREBY ORDERS that Defendants' motion is GRANTED. An unredacted copy of the Declaration of Lisa Beens shall be filed under seal.

DATED: June 3, 2008

_____
HONORABLE RICHARD SEEBORG