UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time in Court: 8min

### MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:_____FTR_____     DATE:___6/18/08_____

COURTROOM DEPUTY: MARTHA PARKER BROWN___

CASE #:_____C 07-04497JF(RS)_____

CASE TITLE:____DOLORES MANDRIGUES, ET AL____VS.___WORLD SAVINGS, INC., ET AL____

**<u>Appearances for Plaintiff(s)</u>**          **<u>Appearances for Defendant(s)</u>**

**DAVID M. ARBOGAST**_____     **JACK R. NELSON for WACHOVIA**_____

**JEFFREY BERNS**_____     _____

**JONATHAN SHUB**_____     _____

### TODAY'S PROCEEDINGS

{ }SETTLEMENT CONF.   { } PRETRIAL CONF.      { X } MOTIONS LISTED BELOW:

| <u>Pltf.</u> | <u>Deft.</u> | <u>Cross Mot.</u> | | |
|---|---|---|---|---|
| {X } | { } | { } | 1._ | _TO COMPEL_____ |
| { } | { } | { } | 2._ | _____ |
| { } | { } | { } | 3._ | _____ |
| { } | { } | { } | 4._ | _____ |

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[  ] SETTLED      [  ] NOT SETTLED  [  ] SETTLEMENT DISCUSSIONS ONGOING**

**<u>MOTION DISPOSITION SHOWN BELOW:</u>**

[  ] GRANTED       [  ] DENIED       [  ] SUBMITTED       [  ] DENIED/GRANTED in part

_____     _____     _____     _____

<u>[  ] BRIEFS TO BE FILED AS FOLLOWS</u>:

{  } Cont'd to_____@_____For_____

_____

**ORDER TO BE PREPARED BY:**    [  ]PLTF;    [  ]DEFT;    [  ]COURT

Additional Comments:___THE MATTER IS ARGUED BY COUNSEL.  THE COURT WILL ISSUE A WRITTEN
ORDER._____