Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
Alicia A. Adornato (SBN 254228)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB"

**E-Filed 9/26/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07 04497<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:             November 7, 2008<br>Time:             10:30 a.m.<br>Place:            Courtroom 3, 5th Floor<br>Orig. Complaint:  August 30, 2007<br><br>The Honorable Jeremy Fogel |

Pursuant to N.D. Cal. Civil L.R. 6-2, Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB" ("World") and Plaintiffs Dolores Mandrigues, Juanita Jones, Mark and Christina Clausen and Al and Wilma Minyen (collectively, "Parties") jointly submit this Stipulated Request and [Proposed] Order Continuing the Case Management Conference.

The Parties jointly request that the Court continue the Case Management Conference currently on calendar for November 7, 2008 to November 21, 2008 because senior counsel for Wachovia Mortgage FSB is unable to attend.  Declaration of Keith D. Yandell In Support of Stipulated Request and [Proposed] Order Continuing Case Management Conference ("Yandell Decl") at ¶ 2.  The only other time the Parties have modified the court's schedule was on April 2, 2008 when they jointly stipulated to a continuance while awaiting the Court's ruling on World's Motion to Dismiss.  Yandell Decl at ¶ 3.  The Court granted that Stipulation Moving Status Conference Hearing on April 4, 2008.  *Id*.  The parties do not anticipate this two week modification will have any significant impact on the case.  Yandell Decl at ¶ 4.

DATED:  September 25, 2008

/s/ David Arbogast
*Signatory concurs in the filing of this document*
ARBOGAST & BERNS LLP
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Telephone: 818.961.2000
Fascimile: 818.867.4820

SEEGER WEISS LLP
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: 215.564.2300
Fascimile: 215.851.8029

KIESEL BOUCHER LARSON LLP
Paul R. Kiesel (SBN 119854)
Patrick De Blasé (SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Telephone: 310.854.4444
Facsimile: 310.854.0812
***Attorneys for Plaintiffs***

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4      /s/ Keith Yandell
       Jack R. Nelson (SBN 111863)
5      jnelson@reedsmith.com
       Keith Yandell (SBN 233146)
6      kyandell@ReedSmith.com
       REED SMITH LLP
7      Two Embarcadero Center, Suite 2000
       San Francisco, CA 94120-7936
8      Phone: (415) 543-8700; Fax: (415) 391-8269
       ***Attorneys for Defendants***
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**<u>ORDER</u>**

Pursuant to the stipulated request of the parties, this Court hereby orders that the November 7, 2008 status conference hearing date is continued to November 21, 2008.

Date: 9/26/08

_____
JUDGE OF THE US DISTRICT COURT