David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:     (818) 867-4820

[*Additional counsel listed on signature page*]
Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 5:07-cv-04497-JF (RSx)**<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>Hearing Date: December 12, 2008<br>Time:             9:00 a.m.<br>Place:            Courtroom 3<br>Judge:           Hon. Jeremy Fogel<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 12, 2008, at 9:00 a.m, or as soon thereafter as may be heard, in Department 3 of the above-entitled Court, located at 280 S. First Street, #2112, San Jose, California, Plaintiffs DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated ("Plaintiffs"), will and hereby do move this Court for an order:

1. To certify this action as maintainable as a class action;

2. To certify the defined Classes of persons as the Plaintiff Classes:

3. To certify the named Plaintiffs as representatives of the Plaintiff Classes, and to certify their counsel, David M. Arbogast and Jeffrey K. Berns, Arbogast & Berns LLP; Mark R. Cuker and Michael J. Quirk, Williams Cuker Berezofsky and Jonathan Shub, Seeger Weiss LLP as class counsel.

This motion is brought pursuant to the Federal Rules of Civil Procedure, Rule 23, and is based this notice, the memorandum of points and authorities, the Declarations of David M. Arbogast and Jeffrey K. Berns, and the complete files and records in this action.

DATED: November 7, 2008                **ARBOGAST & BERNS LLP**

By:  */s/ David M. Arbogast*
David M. Arbogast, Esq.
Jeffrey K. Berns, Esq.
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356.
Phone: (818) 961-2000
Fax:    (818) 867-4820

Mark R. Cuker, Esq.
Michael J. Quirk, Esq.
**WILLIAMS CUKER BEREZOFSKY**
1617 J.F.K. Boulevard, Suite 800
Philadelphia, PA 19103-1819
Phone: (215) 557-0099
Fax:    (215) 557-0673

Jonathan Shub (SBN 237708)
**SEEGER WEISS LLP**
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Phone: (215) 564-2300
Fax     (215) 851-8029

| | |
|---|---|
| 1 | Paul R. Kiesel, Esq. |
| 2 | Patrick Deblase, Esq. |
|   | Michael C. Eyerly, Esq. |
| 3 | **KIESEL BOUCHER LARSON LLP** |
|   | 8648 Wilshire Boulevard |
| 4 | Beverly Hills, California 90210 |
|   | Phone:  (310) 854-4444 |
| 5 | Fax:     (310) 854-0812 |
| 6 | Attorney for Plaintiffs and all others Similarly Situated |

-3-

Notice of Motion - Class Certification - 5:07-cv-04497-JF (RSx)