Jack R. Nelson (SBN 111863)
Theodore T. Ting (SBN 191163)
Keith D. Yandell (SBN 233146)
Alicia A. Adornato (SBN 254228)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB"

**E-Filed 11/14/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. C 07 04497<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING HEARING AND MODIFYING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FOR CLASS CERTIFICATION AND FOR PRELIMINARY INJUNCTION**<br><br>Date:　　　　　January 16, 2009<br>Time:　　　　　9:00 a.m.<br>Place:　　　　　Courtroom 3, 5th Floor<br>Orig. Complaint: August 30, 2007<br><br>The Honorable Jeremy Fogel |

No. C07 04497

Stipulated Request and [Proposed] Order Continuing Hearing and Modifying Briefing Schedule
for Plaintiffs' Motion for Class Certification and for Preliminary Injunction

Pursuant to N.D. Cal. Civil L.R. 6-1(b) and 6-2, Defendant Wachovia Mortgage, FSB, f/k/a and sued as "World Savings Bank, FSB" ("World") and Plaintiffs Dolores Mandrigues, Juanita Jones, Mark and Christina Clausen and Al and Wilma Minyen (collectively, "Parties") jointly submit this Stipulated Request and [Proposed] Order Regarding Briefing Schedule for Plaintiffs' Motions for Class Certification and for Preliminary Injunction.

The Parties jointly request the Court continue the December 12, 2008 hearing to January 16, 2009, due to the parties' respective schedules. The parties jointly request the following briefing schedule: Defendant's Opposition to the Motions for Class Certification and for Preliminary Injunction will be due December 18, 2008 and Plaintiffs' Reply will be due January 2, 2009. Declaration of Keith D. Yandell In Support of Stipulated Request and [Proposed] Order Regarding Briefing Schedule for Plaintiffs' Motion for Class Certification and for Preliminary Injunction ("Yandell Decl") at ¶ 2. There have only been two other occasions when the Parties have modified the court's schedule: on April 2, 2008 when they jointly stipulated to a continuance while awaiting the Court's ruling on World's Motion to Dismiss and on September 25, 2008 when they jointly stipulated to continue a case management conference. Yandell Decl at ¶ 3. The Court granted those stipulations respectively on April 4, 2008 and on September 26, 2008. *Id*. The parties do not anticipate this modification will have any significant impact on the case schedule. Yandell Decl at ¶ 4.

DATED: November 12, 2008

/s/ David Arbogast
*Signatory concurs in the filing of this document*
ARBOGAST & BERNS LLP
David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns (SBN 131351)
19510 Ventura Boulevard, Suite 200
Tarzana, CA 91356
Telephone: 818.961.2000
Fascimile: 818.867.4820

SEEGER WEISS LLP
Jonathan Shub (SBN 237708)
1515 Market Street, Suite 1380
Philadelphia, PA 19102
Telephone: 215.564.2300
Fascimile: 215.851.8029

No. C07 04497 - 1 -
Stipulated Request and [Proposed] Order Regarding Briefing Schedule
for Plaintiffs' Motions for Class Certification and Preliminary Injunction

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

KIESEL BOUCHER LARSON LLP
Paul R. Kiesel (SBN 119854)
Patrick De Blasé (SBN 167138)
Michael C. Eyerly (SBN 178693)
8648 Wilshire Blvd.
Beverly Hills, CA  90211
Telephone: 310.854.4444
Facsimile: 310.854.0812
*Attorneys for Plaintiffs*

/s/ Keith Yandell
Jack R. Nelson (SBN 111863)
jnelson@reedsmith.com
Keith Yandell (SBN 233146)
kyandell@ReedSmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94120-7936
Phone:  (415) 543-8700; Fax: (415) 391-8269
*Attorneys for Defendants*

No. C07 04497                              - 2 -

Stipulated Request and [Proposed] Order Regarding Briefing Schedule
for Plaintiffs' Motions for Class Certification and Preliminary Injunction

**<u>ORDER</u>**

Pursuant to the stipulated request of the parties, this Court hereby orders that the December 12, 2008 hearing date is continued to January 16, 2009. The Court orders further that the Defendant's Opposition to the Motions is due on December 18, 2008 and Plaintiffs' Reply is due on January 2, 2009.

Date: 11/14/08

_____
JUDGE OF THE US DISTRICT COURT

No. C07 04497     - 3 -

Stipulated Request and [Proposed] Order Regarding Briefing Schedule
for Plaintiffs' Motions for Class Certification and Preliminary Injunction