| | |
|---|---|
| 1 | David M. Arbogast - State Bar No. 167571 |
|   | darbogast@law111.com |
| 2 | Jeffrey K. Berns - State Bar No. 131351 |
|   | jberns@law111.com |
| 3 | **ARBOGAST & BERNS LLP** |
|   | 19510 Ventura Boulevard, Suite 200 |
| 4 | Tarzana, California 91356 |
|   | Phone: (818) 961-2000; Fax: (818) 867-4820 |
| 5 | |
| 6 | Paul R. Kiesel, Esq. (SBN 119854) |
|   | kiesel@kbla.com |
|   | Michael C. Eyerly, Esq. (SBN 178693) |
| 7 | eyerly@kbla.com |
|   | **KIESEL BOUCHER LARSON LLP** |
| 8 | 8648 Wilshire Boulevard |
|   | Beverly Hills, California 90211 |
| 9 | Phone: (310) 854-4444; Fax: (310) 854-0812 |
| 10 | [*Additional counsel listed on signature page*] |
|    | Attorneys for Plaintiff and all others Similarly Situated |

RECEIVED
NOV - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated, | CASE NO. 5:07-cv-04497-JF (RSx) |
| | [*Assigned to the Hon. Jeremy Fogel*] |
| | CLASS ACTION |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF MICHAEL J. QUIRK *PRO HAC VICE* |
| v. | |
| WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive, | |
| Defendants. | Complaint Filed: August 30, 2007 |
| | Trial Date: Not set yet. |

[Proposed] Order Granting Admission of Michael J. Quirk *Pro Hac Vice* - 5:07-cv-04497-JF (RSx)

1  Michael J. Quirk, an active member in good standing of the bar of the Commonwealth of
2  Pennsylvania and a member in good standing of the bars of the State of New York and the District of
3  Columbia, having applied in the above-entitled action for admission to practice in the Northern District
4  of California on a *pro hac vice* basis, representing Plaintiffs, DOLORES MANDRIGUES, JUANITA
5  JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Filing Cases*.

**IT IS SO ORDERED.**

DATED: 11/6/2008

Hon. Jeremy Fogel
UNITED STATES DISTRICT COURT JUDGE