David M. Arbogast (SBN 167571)
darbogast@law111.com
Jeffrey K. Berns, Esq. (SBN 131351)
jberns@law111.com
**ARBOGAST & BERNS LLP**
19510 Ventura Boulevard, Suite 200
Tarzana, California 91356
Phone: (818) 961-2000
Fax:    (818) 867-4820

Attorneys for Plaintiff and all others Similarly Situated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN and WILMA R. MINYEN, MARK CLAUSON and CHRISTINA CLAUSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE CORPORATION, and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO. 5:07-cv-04497-JF (RSx)**<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER RE EX PARTE APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Hearing Date: December 12, 2008<br>Time:         9:00 a.m.<br>Place:        Courtroom 3<br>Judge:        Hon. Jeremy Fogel<br><br>Complaint Filed: August 29, 2007<br>Trial Date: Not set yet. |

1  The Court having considered Plaintiffs' Administrative Motion to File Documents under Seal, and for good cause appearing therefore, IT IS HEREBY ORDERED THAT Plaintiffs' Motion is GRANTED;

IT IS FURTHER ORDERED THAT, good cause having been shown, the following materials will be maintained under seal:

1. <u>Exhibit 11</u> to the Declaration of David M. Arbogast:
   - document entitled "LOAN RUNS," Bates no. WSB004345, marked as allegedly being "confidential" by Defendant World; and
2. <u>Exhibit 12</u> to the Declaration of David M. Arbogast:
   - document entitled "COSI HISTORY," Bates no. WSB004342, marked as allegedly being "confidential" by Defendant World.

IT IS SO ORDERED

Dated: __11/14__, 2008

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT COURT JUDGE