**E-Filed 3/5/09**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DOLORES MANDRIGUES, JUANITA JONES, AL F. MINYEN, WILMA R. MINYEN, MARK CLAUSON, and CHRISTINA CLAUSON, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WORLD SAVINGS, INC., WORLD SAVINGS BANK FSB, and WACHOVIA MORTGAGE CORPORATION,<br><br>Defendants. | Case Number C 07-4497 JF (RS)<br><br>**ORDER[1] RE MOTIONS FOR APPOINTMENT OF LEAD COUNSEL AND TO SHORTEN TIME** |

Currently before the Court is a motion by counsel for Plaintiffs in the above-captioned action for appointment as lead counsel, and a motion to shorten time on an as-yet unscheduled hearing on that motion. The Court has been advised that counsel for plaintiffs in several recently consolidated actions wish to oppose these motions, but lack the ability to do so because

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 07-4497 JF (RS)
ORDER RE MOTIONS FOR APPOINTMENT OF LEAD COUNSEL AND TO SHORTEN TIME
(JFLC3)

1  their cases have not yet been formally transferred.  The Court hereby authorizes counsel in the
2  consolidated actions freely to file appropriate matter on the docket in the above-captioned
3  action.  The Court also orders that counsel shall file any opposition to the pending motions for
4  appointment of lead counsel and to shorten time not later than 5 PM PST on Friday, March 13,
5  2009.

**IT IS SO ORDERED**

DATED: 3/5/09

_____
JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:
Alicia Anne Adornato     AAdornato@reedsmith.com
David M. Arbogast     darbogast@law111.com, jkerr@law111.com
Jack R. Nelson     jnelson@reedsmith.com, cahunt@reedsmith.com
Jeffrey K Berns     jberns@law111.com, staff@jeffbernslaw.com
Jonathan Shub     jshub@seegerweiss.com, atorres@seegerweiss.com
Keith David Yandell     kyandell@reedsmith.com, dkelley@reedsmith.com
Michael C Eyerly     eyerly@kbla.com
Michael J. Quirk     mquirk@wcblegal.com
Patrick DeBlase     deblase@kbla.com
Paul R. Kiesel     Kiesel@kbla.com, cgarcia@kbla.com

Notice has been delivered by other means to:

Mark R. Cuker
Williams Cuker Berezofsky
1617 John F. Kennedy Blvd
Suite 800
Philiadelphia, PA 19103

3

Case No. C 07-4497 JF (RS)
ORDER RE MOTIONS FOR APPOINTMENT OF LEAD COUNSEL AND TO SHORTEN TIME
(JFLC3)